Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 W. Sahara Ave., Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
rkay@mcdonaldcarano.com
ttegarden@mcdonaldcarano.com

*Attorneys for Defendant CoreLogic Teletrack*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNE BAKER,<br><br>    Plaintiff,<br><br>v.<br><br>CORELOGIC TELETRACK,<br><br>    Defendant. | Case No. 2:21-cv-00908-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br>**(First Request)** |

Defendant, CoreLogic Teletrack ("Teletrack") and Plaintiff Anne Baker ("Plaintiff"), by and through their undersigned counsel, and pursuant LR IA 6-1, submit the following stipulation to Extend Time to File Responsive Pleading up to and including July 2, 2021. In support of the stipulation, the parties state the following:

1. Teletrack was served with the Complaint through its registered agent on or around May 12, 2021, making its responsive pleading deadline due on or around June 2, 2021.

2. The undersigned counsel for Teletrack was recently retained by Teletrack in connection with this matter and is continuing to review the allegations in the Complaint.

3. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

4. This is the first request to extend the deadline for Teletrack to file its responsive pleading.

5. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6. Therefore, the parties hereby stipulate that the deadline for Teletrack to file its responsive pleading shall be extended through July 2, 2021.

DATED: May 27, 2021.

| KRIEGER LAW GROUP, LLC | McDONALD CARANO LLP |
|---|---|
| By: /s/ *Shawn W. Miller* | By: /s/ *Rory T. Kay* |
| David H. Krieger, Esq. (NSBN 9086)<br>Shawn W. Miller, Esq. (NSBN 7825)<br>2850 Henderson Ridge Parkway, 200<br>Henderson, NV 89052 | Rory T. Kay (NSBN 12416)<br>Tara U. Teegarden, Esq. (NSBN 15344)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5-28-2021

2

4848-1011-2492, v. 1